STATE of Missouri, Respondent,

v.

Michael T. STRAUSER, Appellant.

No. 74598.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 8, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 27, 1999.

Application for Transfer Denied
Aug. 24, 1999.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL J. SIMON, P.J. and KATHIANNE KNAUP CRANE and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Michael Strauser, defendant, appeals from his sentences, following a jury verdict, of a term of eleven years for assault in the first degree, section 565.050 RSMo, 1994, a term of four years for armed criminal action, section 571.015, RSMo 1994, and a fine of $500 for making a false report, section 575.080, RSMo. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 30.25(b). A memorandum solely for the use of the parties has been provided explaining the reasons for our decision.